UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 20-3177
_____

SURENDER MALHAN,
Appellant

v.

DAVID B. KATZ; GURBIR SING GREWAL; PHILIP DUNTON MURPHY
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 2-20-cv-08955)
District Judge: Honorable Susan D. Wigenton
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
June 22, 2021

Before: SMITH, *Chief Judge*, MATEY, and FISHER, *Circuit Judges*.
_____

JUDGMENT ORDER
_____

After consideration of all contentions raised by appellant, it is **ADJUDGED AND ORDERED** that the judgment of the district court be and is hereby affirmed. Costs taxed against appellant.

By the Court,


s/ Paul B. Matey
Circuit Judge


Attest:


s/ Patricia S. Dodszuweit
Clerk


Dated:   June 28, 2021